1 | Mark D. Campbell (State Bar No. 180528)
mcambell@loeb.com
2 | Laura A. Wytsma (State Bar No. 189527)
lwytsma@loeb.com
3 | Melanie Howard (State Bar No. 218895)
mhoward@loeb.com
4 | LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
5 | Los Angeles, California 90067-4120
Telephone:   (310) 282-2000
6 | Facsimile:    (310) 282-2200

7 | Attorneys for Plaintiff
EVIL TWIN PRODUCTIONS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| EVIL TWIN PRODUCTIONS | Case No. CV 10-08536 GW (PJWx) |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO DISMISS ACTION WITH PREJUDICE |
| EVIL TWINS ENTERTAINMENT, LLC, GERARD BUTLER, ALAN SIEGEL, and DOES 1-10, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties stipulate to the dismissal with prejudice of all claims filed in this action. It is further stipulated that all parties will bear their own attorneys' fees and costs.

Dated: February 18, 2011

LOEB & LOEB LLP
LAURA A. WYTSMA

By  */s/ Laura A. Wytsma*
LAURA A. WYTSMA
Attorneys for Plaintiff
Evil Twin Productions

Dated: February 18, 2011

SNR DENTON US LLP
FELIX T. WOO
MARTIN P. MICHAEL

By  */s/ Martin P. Michael*
MARTIN P. MICHAEL
Attorneys for Defendants
Evil Twins Entertainment, LLC,
Gerard Butler, and Alan Siegel