**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVIL TWIN PRODUCTIONS<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EVIL TWINS ENTERTAINMENT, LLC, GERARD BUTLER, ALAN SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-08536 GW (PJWx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

Pursuant to the parties' stipulation and upon good cause shown, IT IS HEREBY ORDERED that Evil Twin Productions' claims are dismissed with prejudice; the parties will bear their own costs and attorneys' fees; and the Court shall retain jurisdiction to enforce the terms of the parties' settlement.

IT IS SO ORDERED.

Dated: February 28, 2011

*George H. Wu*

Honorable George H. Wu
United States District Judge